DAVIS ET AL., APPELLEES, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT.

[Cite as *Davis v. State Farm Mut. Auto. Ins. Co.* (2001), 92 Ohio St.3d 212.]

(No. 00–1998—Submitted May 16, 2001—Decided July 5, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

COOK, J., dissenting. I respectfully dissent based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing dissenting opinion.

*Clark, Perdue, Roberts & Scott Co., L.P.A., Glen R. Pritchard* and *Douglas S. Roberts,* for appellees.

*Gallagher, Gams, Pryor, Tallan & Littrell L.L.P., James R. Gallagher* and *Amy Mass,* for appellant.